AO450 - Judgment in a Civil Case

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

MAR 1 5 2001

LARRY W. PROPES, CLERK
CHARLESTON, SC

KAREN MOORE

vs.

REINTJES OF THE SOUTH, INC

**JUDGMENT IN A CIVIL CASE**

Case Number: C/A2:00-2224-18

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Magistrate's report and recommendation is adoped; and it is

   **IT IS ORDERED AND ADJUDGED** that the defendant, Reintjes of the South Inc., motion for summary judgment is granted.

LARRY W. PROPES, Clerk

By _____
         Deputy Clerk

March 15, 2001